# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Amy Joseph

                      Plaintiff,

v.                                                      Case No.: 1:21−cv−01703

                                                               Honorable Robert M. Dow Jr.

Estee Lauder Companies

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the notice of Plaintiff's voluntary dismissal [48] filed on 3/3/2022, this action is dismissed with prejudice as to all of her individual claims, but without prejudice as to any claims of any putative class members, against Defendant The Estee Lauder Companies, Inc. The parties agree to bear their own costs and fees. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.